UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

5 WORLD MARKET TICKETS; RHODE
ISLAND STOCK EXCHANGE;
ADESIJUOLA OGUNJOBI

Plaintiff,

-against-

FEDERAL COMMUNICATIONS
COMMISSION; BRENDAN CARR, IN HIS
OFFICIAL CAPACITY AS CHAIRMAN OF
FCC; PARAMOUNT GLOBAL; SKYDANCE
MEDIA, LLC,

Defendants.

25-CV-6350 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

Adesijuola Ogunjobi filed this *pro se* complaint on their own behalf and on behalf of 5 World Market Tickets and the Rhode Island Stock Exchange. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Ogunjobi submitted the complaint without the filing fees or an IFP application. Within thirty days of the date of this order, Ogunjobi must either pay the $405.00 in fees or submit the attached IFP application. If Ogunjobi submits the IFP application, it should be labeled with docket number 25-CV-6350. If the Court grants the IFP application, Ogunjobi will be permitted to proceed without prepayment of fees.[1] *See* 28 U.S.C. § 1915(a)(1).

---

[1] Artificial entities cannot proceed *pro se* or *in forma pauperis* in this court. *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007); *See Rowland v. California Men's Colony*, 506 U.S. 194, 196 (1993). If Ogunjobi pays the fees or submits an IFP application, Ogunjobi, who does not claim to be an attorney, cannot appear on behalf of the entities named as plaintiffs.

No summons shall issue at this time. If Ogunjobi complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Ogunjobi fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    December 1, 2025
          New York, New York

                                   /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                 Chief United States District Judge