UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
5 WORLD MARKET TICKETS, *et al.*,              :
                                        Plaintiffs,    :
                                                          :
            - against -                               :          25-CV-6350 (VSB)
                                                          :
FEDERAL COMMUNICATIONS              :                    **ORDER**
COMMISSION, *et al.*,                            :
                                                          :
                             Defendants.    :
                                                          :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District <u>Judge</u>:

I am in receipt of Plaintiffs' motion to hold the case in abeyance filed on January 13, 2026. (Doc. 6.) This action was initially filed on July 20, 2025 and was assigned to me on December 22, 2025. Defendants have not been served yet and there is no evidence in the record that Plaintiffs have made any effort to serve Defendants. Because I do not intend to rule on any application made by Plaintiffs without providing Defendants with an opportunity to respond, Plaintiffs' motion filed at Doc. 6 is DENIED without prejudice to refile once Plaintiffs have served Defendants.

Further, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Plaintiffs shall effectuate service within 90 days of this order.

SO ORDERED.

Dated: April 8, 2026
      New York, New York

Vernon S. Broderick
United States District Judge