UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

5 WORLD MARKET TICKETS, *et al.*,
Plaintiffs,

- against -

FEDERAL COMMUNICATIONS COMMISSION, *et al.*,

Defendants.

25-CV-6350 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

This action was initially filed on July 20, 2025 and was assigned to me on December 22, 2025. On April 8, 2026, I issued an order requiring that "Plaintiffs shall effectuate service within 90 days of this order." (Doc. 7.) Defendants have not been served yet and there is no evidence in the record that Plaintiffs have made any effort to serve Defendants.

"If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). If Plaintiffs do not serve Defendants by July 30, 2026, this case will be dismissed under Rule 4(m).

SO ORDERED.

Dated: July 13, 2026
New York, New York

Vernon S. Broderick
United States District Judge